*Monday, October 5, 1998*

## MOTION DOCKET

**97–2342. Wightman v. Consol. Rail Corp.**
Erie App. No. E–97–001. This cause is pending before the court as an appeal and cross-appeal from

the Court of Appeals for Erie County. Upon consideration of the motion of appellee/cross-appellant, Consolidated Rail Corporation, to reschedule oral argument currently scheduled for November 10, 1998,

IT IS ORDERED by the court that the motion to reschedule oral argument be, and hereby is, denied.